1
2
3                       UNITED STATES DISTRICT COURT
4                       EASTERN DISTRICT OF CALIFORNIA
5

| | |
|---|---|
| 6  RICARDO TAPIA, | Case No. 2:20-CV-02218-TLN-CKD |
| 7           Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION(S) TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM AND TO DISMISS COMPLAINT FOR IMPROPER VENUE, OR, IN THE ALTERNATIVE, MOTION(S) TO TRANSFER VENUE, TO STRIKE PLAINTIFF'S COMPLAINT *IN TOTO*, AND FOR MORE DEFINITE STATEMENT, OR, IN THE FURTHER ALTERNATIVE, MOTION TO STRIKE PORTIONS OF THE COMPLAINT [FRCP 12(b)(6), 12(b)(3), 12(f), 12(e) and 28 U.S.C. § 1404(a).]** |
| 8   v. | |
| 9  THE BOEING COMPANY, | |
| 10          Defendant. | |

1  Pursuant to L.R. 230(f), Defendant The Boeing Company ("Defendant"), by and through
2  its attorneys of record, and Plaintiff Ricardo Tapia ("Plaintiff") (collectively, the "Parties"),
3  hereby stipulate and agree to the following:

4  WHEREAS, Defendant's Motion to Dismiss the Complaint for Failure to State a Claim
5  and to Dismiss the Complaint for Improper Venue, or, in the Alternative, Motions to Transfer
6  Venue, to Strike Plaintiff's Complaint *In Toto*, and for a More Definite Statement, or, in the
7  Further Alternative, Motion to Strike Portions of the Complaint (the "Motion") is set to be heard
8  on March 3, 2021, at 10:00 a.m.;

9  WHEREAS, Plaintiff's deadline to file an Opposition to the Motion is currently set for
10  February 17, 2021, 42 days after the Motion was filed;

11  WHEREAS, Plaintiff has requested additional time to file his Opposition to the Motion;

12  WHEREAS, Defendant has agreed to provide request a continuance of the hearing on the
13  Motion until March 10, 2021 to give Plaintiff one additional week to file his Opposition by
14  February 24; and

15  WHEREAS, Defendant's deadline to file a response to Plaintiff's Opposition will be
16  extended until March 3, 2021.

17  NOW THEREFORE, the Parties stipulate and agree and request that the hearing on
18  Defendant's Motion be continued to March 10, 2021, at 10:00 a.m.

# **ORDER**

Pursuant to the above stipulation of the parties, the hearing on Defendant, The Boeing Company's Motion to Dismiss is continued to March 10, 2021, at 10:00 a.m. Plaintiff's Opposition shall be due February 24, 2021 and Defendant's reply shall be due March 3, 2021.

IT IS SO ORDERED.

Dated: February 5, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.2218.stipulation