UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TAPIA,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY,<br><br>    Defendant. | No. 2:20-cv-02218-TLN-CKD<br><br>**ORDER** |

  Plaintiff Ricardo Tapia ("Plaintiff"), proceeding *pro se*, has filed this civil action seeking relief under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On May 11, 2021, the magistrate judge filed findings and recommendations which were served on both parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 21.) No party has filed any objections to the findings and recommendations.

  The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The Findings and Recommendations filed on May 11, 2021 (ECF No. 21), are ADOPTED IN FULL; and

2. This action is DISMISSED for failure to state a claim and failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATE: July 7, 2021

Troy L. Nunley
United States District Judge